**Denied and Opinion Filed September 16, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01116-CV

## IN RE AMSE PARTNERS, LP, SCOTT HORTON, AND PAM HORTON, Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07537**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Stoddart, and Whitehill
Opinion by Justice Stoddart

Relators filed this petition for writ of mandamus requesting that the Court compel the trial court to abate all proceedings pending the determination of competing motions in the 191st Judicial District Court concerning the disposition of funds deposited in the registry of the 191st Judicial District Court. Ordinarily, to obtain mandamus relief a relator must show both that the trial court has clearly abused its discretion and that the relator has no adequate appellate remedy. *In re Prudential Ins. Co.,* 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before the Court, we conclude that the relators have not established a right to relief.

We deny the petition.

/Craig Stoddart/

151116F.P05

CRAIG STODDART
JUSTICE